```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  NORTHERN DIVISION

DORIS J. ELLIS                                    PLAINTIFF

VS.                       CIVIL ACTION NO. 3:23-cv-390-TSL-MTP

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,
and DOE DEFENDANTS 1-10                          DEFENDANTS
```

## ORDER

This cause comes before the court <u>sua sponte</u>, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter.  Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED this 21st day of February, 2024.

```
                    _/s/ Tom S. Lee_____
                    UNITED STATES DISTRICT JUDGE
```